# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

CHARLES HAIR,

    Petitioner,

v.                                          CASE NO. 5:09cv41-RH/MD

WARDEN C. EICHENLAUB,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 15). No objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The government's motion to dismiss or in the alternative motion for summary judgment (document 7), is GRANTED. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

    SO ORDERED on September 28, 2009.

                                          s/Robert L. Hinkle
                                          United States District Judge